```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|  |  |  |
|---|---|---|
| LIBERTY MUTUAL GROUP, INC. | : | |
|  | : | |
| v. | : | Civil Action No. DKC 12-0282 |
|  | : | |
| CHRISTOPHER WRIGHT | : | |
|  | : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 5th day of March, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Christopher Wright (ECF No. 5) BE, and the same hereby IS, DENIED;

2. The motion to strike filed by Liberty Mutual Group, Inc. (ECF No. 6) BE, and the same hereby IS, GRANTED;

3. The "answer, affirmative defenses, and counterclaim" filed by Christopher Wright (ECF No. 4) BE, and the same hereby IS, STRICKEN;

4. Christopher Wright is directed to file an opposition to the Petition to Appoint a Neutral Umpire within fourteen (14) days; and

5. The clerk will transmit copies of the foregoing Memorandum Opinion and this Order to counsel for the parties.

```
                         /s/
            _____
            DEBORAH K. CHASANOW
            United States District Judge
```